IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| JOSE MEDINA and ERIKA VENTURA, *on behalf of themselves and all individuals similarly situated* | )<br>)<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) Civil Action No. 8:19-cv-00225-TDC |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | )<br>)<br>) |
| *Defendant*. | )<br>)<br>) |

**CERTIFICATE OF FILING OF STATE COURT PAPERS**

Defendant Federal Home Loan Mortgage Corporation ("Defendant"), by and through undersigned counsel, hereby certifies that attached with this Certificate are certified copies of the docket entries and all pleadings, papers, and orders that have been served on or obtained by Defendant as of February 25, 2019 in the state court action entitled Jose Medina and Erika Ventura, on behalf of themselves and all individuals similarly situated, v. Federal Home Loan Mortgage Corporation, Case Number 457964-V, filed in the Circuit Court for Montgomery County.

Dated: February 26, 2019

Respectfully submitted,

*/s/* Kelly P. Dunbar
Danielle Y. Conley (*Application for Admission Pro Hac Vice Forthcoming*)
Kelly P. Dunbar (D. Md. Bar No. 20338)
Samuel M. Strongin (*Application for Admission Pro Hac Vice Forthcoming*)

WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000 (phone)
(202) 663-6363 (fax)
danielle.conley@wilmerhale.com
kelly.dunbar@wilmerhale.com
samuel.strongin@wilmerhale.com

*Counsel for Defendant*
*Federal Home Loan Mortgage Corporation*